United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER TUSA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01149 |
| | § | |
| ROBERT WEEMS, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on February 23, 2026 (Doc. #30); Plaintiffs' Objections (Doc. #31); and Defendant's Response (Doc. #32). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Defendant's Motion for Summary Judgment (Doc. #14) is hereby GRANTED. Plaintiffs' Section 1983 claim for excessive deadly force is DISMISSED WITH PREJUDICE. Furthermore, Plaintiffs' wrongful death and survival claims are derivative and are likewise DISMISSED WITH PREJUDICE.

This is a Final Judgment disposing of all claims of all parties.

It is so ORDERED.

MAR 17 2026
Date

The Honorable Alfred H. Bennett
United States District Judge